K. CHIKE ODIWE, ESQ. (SBN 315109)
LAW OFFICES OF KENNETH C. ODIWE, PC
2880 Zanker Road Suite 203
San Jose, CA 95134
Telephone: (669) 315-4431
Facsimile: (669) 315-4431
kenneth@kennethodiwelaw.com

Attorney for Plaintiffs
JOHN C. WILES NAGLE IV and
JOHN C. WILES NAGLE V

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. WILES NAGLE IV, an individual, and JOHN C. WILES NAGLE V, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE, a municipal corporation; JOSE ALVAREZ (#4869), individually and in his official capacity as an officer for the San Jose Police Department; PETER RYU (#5151), individually and in his official capacity as an officer for the San Jose Police Department; DAVID FREUDENSTEIN (#4861), individually and in his official capacity as an officer for the San Jose Police Department; MICHAEL JAYCOX (#4880), individually and in his official capacity as an officer for the San Jose Police Department; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 5:25-cv-05523-SVK<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING CASE SCHEDULE |

Plaintiffs John C. Wiles Nagle IV and John C. Wiles Nagle V and Defendant City of San Jose, by and through their respective counsel, stipulate as follows:

1. On July 7, 2026, the Court held an initial Case Management Conference in Smith v. City of San Jose and permitted the parties in that action either to stipulate to proceed on the same schedule as this action or to propose a reasonable schedule consistent with the Court's guidelines.

2. The parties have met and conferred regarding the schedule in this action.

3. This action and *Smith v. City of San Jose*, Case No. 5:26-cv-01632-SVK, arise from the same January 10, 2025 incident and involve overlapping factual allegations, witnesses, evidence, and defendants. Counsel in both actions have met and conferred regarding coordination of the case schedules.

4. In the related *Smith* action, Plaintiff has sought leave to file a First Amended Complaint naming San Jose Police Officers Michael Jaycox and Jose Alvarez as individual defendants based on information obtained through discovery. The parties in *Smith* have stipulated to a limited extension of the fact discovery cutoff from February 1, 2027, to March 3, 2027, and the expert designation deadline from February 22, 2027, to March 10, 2027, to accommodate additional discovery arising from the proposed amendment.

5. Plaintiffs in this action do not seek to extend the trial date, reopen discovery unnecessarily, or otherwise delay these proceedings. Rather, the sole purpose of the requested modifications is to maintain consistent fact discovery and expert designation deadlines in the two related actions. Coordinating these deadlines will promote judicial economy, avoid unnecessary duplication of discovery, and allow the parties to efficiently prepare their respective cases without disrupting the existing pretrial and trial schedule.

6. Good cause exists under Federal Rule of Civil Procedure 16(b)(4) for these limited modifications because the two actions arise from the same incident, involve overlapping witnesses and evidence, and would benefit from coordinated discovery deadlines. The requested modifications are narrowly tailored to preserve consistency between the related actions and will not affect the remaining deadlines or delay trial.

7. Accordingly, the parties respectfully request that the Court modify only the following deadlines in this action:

a. **Close of Fact Discovery:** March 3, 2027, instead of February 1, 2027.

b. **Designation of Experts:** March 10, 2027, instead of February 22, 2027.

8. All other deadlines shall remain unchanged, including the rebuttal report deadline of March 23, 2027, the close of expert discovery on May 3, 2027, the dispositive motion deadline of May 14, 2027, the pretrial conference on August 5, 2027, at 9:30 a.m., and the jury trial on August 16, 2027, at 8:30 a.m.

9. The parties respectfully submit that these limited modifications will preserve coordination between the related actions, facilitate efficient discovery, and maintain the existing case schedule without prejudice to any party.

**IT IS SO STIPULATED**

Dated: November 11, 2026

/s/ K. Chike Odiwe

K. Chike Odiwe
Attorney for Plaintiffs
JOHN C. WILES NAGLE IV and
JOHN C. WILES NAGLE V

Dated: November 11, 2026

/s/ David Stock

David Stock
Attorney for Defendant
CITY OF SAN JOSE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: November 3, 2026

HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE